IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 2:12-cv-00440-GEB-JFM |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CINDY LEE SHEEHAN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Upon the petition of the United States, the Declaration of Revenue Officer Jose Arteaga, including Exhibit A attached thereto, and the United States' Petition to Enforce Internal Revenue Service Summons:

IT IS HEREBY ORDERED that Respondent, CINDY LEE SHEEHAN ("Respondent") appear before United States Magistrate Judge Moulds, Courtroom # 26 of the United States Courthouse at 501 I Street, Sacramento, California 95814 on April 19, 2012, at 11:00 A.M., to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her.

IT IS FURTHER ORDERED that:

1. A copy of this Order, together with the Petition and declaration and its exhibit, shall be served in accordance with Rule 4(e) of the Federal Rules of Civil Procedure upon the Respondent within twenty-one (21) days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible. Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court hereby appoints Revenue Officer Arteaga and all other persons designated by him to effect service in this case.

2. Proof of any service done pursuant to paragraph one (1), above, shall be filed with the Clerk as soon as is practicable.

3. Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the

information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been substantially followed, see <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to Respondent to oppose enforcement of the summonses, see <u>Lidas, Inc. V. United States</u>, 238 F.3d 1076, 1082 (9th Cir. 2001).

4. If Respondent has any defense to present or an opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States at least fourteen (14) days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least five (5) court days prior to the date set for the show cause hearing.

5. At the show cause hearing, the Court will consider all issues raised by the Respondent. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the Petition will be considered admitted.

6. Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States at least fourteen (14) days prior to the date set for the show cause hearing, that Respondent has no objection to enforcement of the summons. Respondent's appearance at the hearing will then be excused.

Respondent is hereby notified that a failure to comply with this Order may subject Respondent to sanctions for contempt of court.

DATED: February 28, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;shee0440.osc

# EXHIBIT A

# Summons

## Collection Information Statement

In the matter of  CINDY LEE SHEEHAN,  P O BOX 6264,  VACAVILLE, CA  95696
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 2005 and December 31, 2006

The Commissioner of Internal Revenue

To:  CINDY LEE SHEEHAN
At:  217 FAIROAKS DR,  VACAVILLE, CA  95688

You are hereby summoned and required to appear before JOSE ARTEAGA, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 08/01/2011  To 11/02/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

4830 BUSINESS CENTER DRIVE,  STE 250,  FAIRFIELD  CA  94534  (707) 646-7183

Place and time for appearance: At  4830 BUSINESS CENTER DRIVE, STE 250, FAIRFIELD, CA  94534

**IRS**

on the  22nd  day of  November , 2011  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  3rd  day of November , 2011

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

JOSE ARTEAGA  _[signature]_
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer (if applicable)

Title

Original -- to be kept by IRS