IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                                  No. CIV 2:12-cv-0440-GEB-JFM

    vs.

CINDY SHEEHAN,

       Defendant.                               <u>ORDER</u>

_____/

        This matter is proceeding on plaintiff's February 21, 2012 petition to enforce IRS summons. On April 19, 2012, the court held a show cause hearing during which defense counsel represented that defendant would appear in response to an IRS summons. The matter has been under submission since that time. The parties are now ordered to file a status report within seven (7) days of the date of this order apprising the court of the status of this case.

DATED: June 18, 2012.

                                  UNITED STATES MAGISTRATE JUDGE

/014;usa0722.jo

1