IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Petitioner,                    No. 2: 12-cv-0440 GEB JFM

   vs.

CINDY LEE SHEEHAN,

      Respondent.               ORDER

_____/

        Petitioner, the United States of America, initiated these proceedings against the Respondent, Cindy Lee Sheehan, to enforce an Internal Revenue Service ("IRS") summons. On April 19, 2012, a show cause hearing was held by the undersigned and the matter has been under submission since that time. Thereafter, the parties were ordered to and did file a joint status report on June 25, 2012.

/////

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint status
2 report within fourteen (14) days of the date of this order apprising the court of the status of this
3 case.
4 DATED: January 7, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
shee0440.status