IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Petitioner,                        No. 2: 12-cv-0440 GEB JFM

    vs.

CINDY LEE SHEEHAN,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, the United States of America, initiated these proceedings against the Respondent, Cindy Lee Sheehan, to enforce an Internal Revenue Service ("IRS") summons. On April 19, 2012, a show cause hearing was held by the undersigned and the matter has been under submission since that time. Thereafter, the parties were ordered to and did file a joint status report on June 25, 2012.

        On January 8, 2013, the parties were ordered to file another joint status report within fourteen days. The parties complied with the January 8, 2013 order by filing a joint status report on January 22, 2013. In their January 22, 2013 filing, the parties request that they be allowed to file an additional joint status report on or before February 5, 2013. Good cause appearing, the court will grant the parties' request.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that the parties shall file an additional
2  joint status report on or before February 5, 2013.
3  DATED: January 24, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
shee0440.addstatus